**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00252-CV**
_____

**MID-CONTINENT CASUALTY COMPANY, Appellant**

**V.**

**HARRIS COUNTY MUNICIPAL UTILITY DISTRICT NO. 400, Appellee**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-10-13793**
_____

**ORDER**

On July 22, 2022, the trial court signed an interlocutory order, which identifies controlling questions of law that, if resolved now, may materially advance the ultimate resolution of the lawsuit should this Court decide to grant the request and allow the matter to be argued by interlocutory appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d) (Supp.); *see also* Tex. R. Civ. P. 168. On August 5, 2022, Mid-Continent Casualty Company asked this Court for permission to appeal the interlocutory order the trial court signed on July 22, 2022. *See* Tex. R. App. P.

1

28.3(a). The remaining party in the case, Harris County Municipal Utility District No. 400, did not object to the request. *See* Tex. R. App. P. 28.3(f).

The Court grants Mid-Continent Casualty Company's petition seeking review through a permissive appeal of the trial court's July 22, 2022 Second Amended Order Denying Defendant's Motion for Summary Judgment. *See* Tex. R. App. P. 28.3(k). We deem the notice of appeal to have been filed as of the date the Court renders this Order. *Id*. The record is due August 25, 2022. The brief of the appellant is due twenty days after the record is filed. *See* Tex. R. App. P. 38.6(a). The appellee's brief is due twenty days after the appellant files its brief. *See* Tex. R. App. P. 38.6(b). The Clerk of the Court shall file a copy of this Order with the trial court's clerk. *See* Tex. R. App. P. 28.3(k).

ORDER ENTERED August 15, 2022.

PER CURIAM

Before Golemon, C.J., Horton and Johnson, JJ.